| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
|   | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-01867-W |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NOTICE OF RELATED CASE |
|  | ) |  |
| SON HONG JOHNSON | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. Son Hong Johnson</u>, Criminal Case No. 07-CR-1312-JAH. Pursuant to a Plea Agreement, the Defendant consented to transfer of the above-entitled case from the Western District of Washington, to the Southern District of California, pursuant to Federal Rule of Criminal Procedure 20, in anticipation of a plea hearing at which he would plead guilty to related criminal offenses, namely Count One of the above-entitled case, and Count One of Criminal Case No. 07-CR-1312-JAH. Defendant has been arraigned in Criminal Case No. 07-CR-1312-JAH.

DATED: June 12, 2008.

                                                   Respectfully submitted,
                                                 KAREN P. HEWITT
                                                 United States Attorney

                                                 s/ Joseph K. Wheatley
                                                 JOSEPH K. WHEATLEY
                                                 Special Assistant U.S. Attorney
                                                 Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08-CR-01867-W |
| )  Plaintiff,   ) | |
| )   v.                                 ) | CERTIFICATE OF SERVICE |
| ) SON HONG JOHNSON,        ) | |
| ) Defendant.   ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. None

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. **Lisa Kay Baughman, Esq.; The McClintock Building; 1202 Kettner Blvd., Suite 6200; San Diego, CA 92101**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY