| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
| | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-01867-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| SON HONG JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

**Gavin Corn**, SAUSA, Gavin.Corn2@usdoj.gov

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

1 | Effective this date, the following attorneys are no longer associated with this case and
2 | should not receive any further Notices of Electronic Filings relating to activity in this case (if the
3 | generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

5 | <u>Name</u>

6 | None

7 |

8 | Please call me if you have any questions about this notice.

9 | DATED: June 12, 2008.

10 |

11 | Respectfully submitted,

12 | KAREN P. HEWITT
United States Attorney

13 |

14 | s/ Joseph K. Wheatley
_____
15 | JOSEPH K. WHEATLEY
Special Assistant United States Attorney
16 | Trial Attorney, U.S. Department of Justice
Attorneys for Plaintiff
17 | United States of America

18

19

20

21

22

23

24

25

26

27

28 | 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                    Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>SON HONG JOHNSON,  )<br>  )<br>                    Defendant.  )<br>_____  ) | Criminal Case No. 08-CR-01867-W<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**    **None**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**    **Lisa Kay Baughman, Esq.; The McClintock Building; 1202 Kettner Blvd., Suite 6200; San Diego, CA 92101**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.

                                                                          s/ Joseph K. Wheatley<br>
                                                                          JOSEPH K. WHEATLEY